1   F. CURT KIRSCHNER, JR. (S.B. #122502)
    CHRISTOPHER T. SCANLAN (S.B. #211724)
2   O'MELVENY & MYERS LLP
    Embarcadero Center West
3   275 Battery Street
    San Francisco, CA  94111-3344
4   Telephone:    (415) 984-8700
    Facsimile:    (415) 984-8701
5
    Attorneys for Defendant
6   ST. LUKE'S HOSPITAL

7

    WILLIAM A. SOKOL (S.B. #072740)
8   BRUCE A. HARLAND (S.B. #230477)
    WEINBERG, ROGER & ROSENFELD
9   A Professional Corporation
    1001 Marina Village Parkway, Suite 200
10  Alameda, CA 94501-1091
    Telephone:    (510) 337-1001
11  Facsimile:    (510) 337-1023

12  Attorneys for Plaintiff
    SEIU UNITED HEALTHCARE WORKERS —
13  WEST

14

15                  **IN THE UNITED STATES DISTRICT COURT**

16                  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

17

18  SEIU UNITED HEALTHCARE                  Case No. C 07-04238 TEH
    WORKERS – WEST,
19                                          **STIPULATION AND [PROPOSED]**
              Plaintiff,                    **ORDER THEREON CONTINUING**
20                                          **INITIAL CASE MANAGEMENT**
         v.                                 **CONFERENCE**
21
    ST. LUKE'S HOSPITAL, and DOES 1         Judge:    Hon. Thelton E. Henderson
22  THROUGH 10,
                                            Current CMC Date:    Dec. 3, 2007
23            Defendant.                    Proposed New Date:    Jan. 28, 2008
24
25
26
27
28

                                           STIPULATION AND ORDER CONTINUING
                                           INITIAL CMC-- CASE NO. C 07-04238 TEH

1    THE PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD,

2 STIPULATE AS FOLLOWS:

3    WHEREAS, the Court initially ordered this matter to an Initial Case Management

4 Conference (CMC) on November 26, 2007;

5    WHEREAS, the Court on its motion thereafter continued the CMC to December 3,

6 2007;

7    WHEREAS, the rescheduled CMC date conflicts with a date on which lead counsel

8 for both parties are scheduled to appear in an arbitration involving the same parties as in

9 this litigation; and

10    WHEREAS, the parties are actively discussing a potential resolution of this matter

11 that they believe will obviate the need for further Court proceedings;

12    NOW THEREFORE, the parties respectfully request that the Court continue the

13 CMC until January 28, 2008 (which is the first available continued date), at 1:30 p.m.,

14 with their joint case management statement to be submitted at least seven (7) days prior.

15    IT IS SO STIPULATED.

16 Dated:   November 27, 2007.          F. CURT KIRSCHNER, JR.
                                        CHRISTOPHER T. SCANLAN
17                                      O'MELVENY & MYERS LLP

18
                                        By:              /s/
19                                              Christopher T. Scanlan
                                        Attorneys for Defendant
20                                      ST. LUKE'S HOSPITAL

21

22 Dated:  November 27, 2007.           WEINBERG, ROGER & ROSENFELD P.C.
                                        WILLIAM A. SOKOL
                                        BRUCE HARLAND
23

24                                      By:              /s/[1]
                                                Bruce A. Harland
25                                      Attorneys for Plaintiff SEIU UNITED
                                        HEALTHCARE WORKERS — WEST
26

27
    ─────────────────────
28  [1] Counsel e-filing this Stipulation attests that he has obtained Mr. Harland's approval to file this stipulation on behalf
    of both parties.

                                        STIPULATION AND ORDER CONTINUING
                              - 1 -     INITIAL CMC-- CASE NO. C 07-04238 TEH

1

## **ORDER**

2      PURSUANT TO STIPULATION, IT IS SO ORDERED.  The Initial Case

3 Management Conference ordered for hearing on December 3, 2007 is hereby

4 CONTINUED until January 28, 2008 at 1:30 p.m., and the parties are further directed to

5 file their joint case management conference statement at least seven (7) days prior.  The

6 parties should promptly notify the Court of any settlement.

7

8 DATED: _____11/28_____, 2007.

9            The Honorable Thelton E. Henderson

10            United States District Judge

11 SF1:696004.1

12

13 Judge Thelton E. Henderson

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -      STIPULATION AND ORDER CONTINUING
INITIAL CMC-- CASE NO. C 07-04238 TEH