W. DANIEL BOONE, Bar No. 046553
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Plaintiff(s)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SEIU UNITED HEALTHCARE WORKERS,   ) No.   C 07-04238 TEH
)
Plaintiff(s),                     )
)  STIPULATION OF DISMISSAL WITH
v.                                )  PREJUDICE
)
ST. LUKE'S HOSPITAL,              )
)
Defendant.                        )
_____)

PURSUANT TO AGREEMENT BETWEEN THE PARTIES, it is hereby stipulated by and between the parties of this action, through their designated counsel, that the above-captioned action be and is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Reserving all objections that may appropriately be raised before the arbitrator, Defendant has agreed to arbitrate the underlying grievance. The parties agree to bear their own costs and attorneys' fees.

Dated: January 22, 2008

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: /s/ W. Daniel Boone
W. DANIEL BOONE
Attorneys for Petitioner

Dated: January 22, 2008

O'MELVENY & MYERS LLP
F. CURT KIRSCHNER, JR.
CHRISTOPHER T. SCANLAN
ERENDIRA E. RUBIN

By: /s/ Erendira E. Rubin
ERENDIRA E. RUBIN
Attorneys for Defendant
ST. LUKE'S HOSPITAL

IT IS SO ORDERED
/s/ Thelton E. Henderson
Judge Thelton E. Henderson
01/24/08

Case No. C 07-04238 TEH
STIPULATION OF DISMISSAL WITH PREJUDICE